Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the Middle

District of Pennsylvania

Division

Jonathan A. Brownlee III

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Supervising US Probation Officer Keith Hearns
U.S. Probation Officer Karen Hunt
U.S. Probation Office Robert Comine

United States of America

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:18cv1425
*(to be filled in by the Clerk's Office)*

FILED
SCRANTON

JUL 18 2018

PER _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan A. Brownlee III
All other names by which you have been known:
ID Number:
Current Institution: Lackawanna County Prison
Address: 1371 N. Washington Ave
Scranton, PA 18509
*City* *State* *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: United States of America
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
*City* *State* *Zip Code*
☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: U.S. Probation Officer Robert Comhe
Job or Title *(if known)*: U.S. Probation Officer
Shield Number:
Employer: Federal Probation Office - Scranton, PA
Address: 235 N. Washington Avenue
Scranton, PA 18509
*City* *State* *Zip Code*
☐ Individual capacity  ☑ Official capacity

Case 3:18-cv-01425-MEM   Document 1   Filed 07/18/18   Page 3 of 4

FILED
SCRANTON

JUL 18 2018

PER _____
DEPUTY CLERK

Dear Federal Clerk of court,

Hello, my name is Jonathan A. Brownlee III writing to you. Enclosed you will find 1 Complaint for Violation of Civil Rights - Pro Se for Prisoner version and one partial complaint form. The 2nd complaint form is partial because it is too many pages to fit in one envelope. The remainder of the 2nd complaint form will be in a seperate envelope sent by me at the same time marked PART 2.

With these 2 envelopes marked PART 1 and PART 2 will be 2 new filings for you to file of Complaint for Violation of Civil Rights.

A few days ago I have sent to you 2 different other filings for you to file of Complaint for Violation of Civil Rights.

Alltogether this will be a total of 4 seperate Civil Rights Violation Complaints to be filed. All the complaints were signed and dated by me on June 24th, 2018 and I have been waiting for envelopes to send you these 2 new ones.

Also enclosed is an Application to Proceed in District Court Without Prepaying Fees or Costs. I would like this application to apply to all my Complaints and it is the only application I have. If you are unable to apply this application to all 4 complaints, please send me the 3 remaining applications to proceed without prepaying fees or costs so my complaints can be filed.

The main purpose of my writing to you now is to ask if you will please mail to me confirmation that my 4 complaints have been filed?

And, if there is ANYTHING of a discrepancy in any of my complaints that would prevent them from being filed, please don't file them but instead inform me of what the mistake is and send me a copy of my complaint to be fixed so I can correct it. I need to be careful; prisoner complaints can be dismissed a limited time only.

Sincerely, Jonathan A. Brownlee III

Name: Jonathan A. Brownlee III
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840



LEHIGH VALLEY PA 180

16 JUL 2018 PM 4 L

c/o Clerk of Court  (Part 1)
Office of the Clerk
US District Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON

JUL 1 8 2018

PER _____ DEPUTY CLE

18501-114848