UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN BROWNLEE, III, | : |
| | : CIVIL ACTION NO. 3:18-CV-1425 |
| Plaintiff, | : |
| | : (JUDGE CONABOY) |
| v. | : (Magistrate Judge Carlson) |
| | : |
| UNITED STATES OF AMERICA, et al., | : |
| | : |
| Defendant. | : |

FILED
SCRANTON

SEP 13 2018

PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS ___13th___ DAY OF SEPTEMBER 2018, IT IS HEREBY ORDERED THAT:

1. Plaintiff having failed to file an amended complaint within the time allowed in the Court's August 22, 2018, Order (Doc. 15 at 3), his Complaint (Doc. 1) is dismissed with prejudice pursuant to the notice provided in the Order (*id.*);

2. The Clerk of Court is directed to close this case.

/s/ Richard P. Conaboy
RICHARD P. CONABOY
United States District Judge